## BUTLER v. CHATEAU et al.

No. 12468—Opinion Filed Nov. 1, 1921.

(Syllabus.)

**Appeal and Error—Time for Perfecting Appeal—Dismissal.**

Where a petition in error is not filed in this court until after the expiration of six months from the date of final judgment or order appealed from, this court has no jurisdiction over the subject-matter and the appeal will be dismissed.

Error from District Court, Atoka County; J. H. Linebaugh, Judge.

Action between J. B. Butler and Meady Chateau et al. From the judgment the former brings error. Dismissed.

I. L. 'Cook and Maxey Cook, for plaintiff in error.

J. W. Clark, for defendants in error.

HARRISON, C. J. The judgment appealed from herein was rendered by the trial court February 4, 1921, and purported appeal filed in this court July 18, 1921. On August 27, 1921, defendants in error filed motion to dismiss on the ground that the purported case-made fails to show that it had ever been filed with the court clerk of the trial court, and more than six months having expired since the rendition of the judgment, the appeal cannot be perfected. Banks v. Watson, 40 Okla. 457, 139 Pac. 305; Gibbs v. Tanner, 43 Okla. 477, 143 Pac. 189; Wagnon v. Davison, 79 Okla. 209, 192 Pac. 565.

The appeal is dismissed.

KANE, JOHNSON, MILLER, and KENNAMER, JJ., concur.

---

## WALDOCK et al. v. SINCLAIR.

No. 12184—Opinion Filed Nov. 1, 1921.

(Syllabus.)

**Appeal and Error—Case-Made—Necessity for Filing in Office of Trial Court Clerk—Dismissed.**

A case-made filed in this court which does not show that it has been filed in the office of the clerk of the trial court is a nullity, and where such a case-made remains in this court after the expiration of the statutory time in which to perfect an appeal, on motion the appeal will be dismissed.

Error from District Court, McCurtain County; A. C. Brewster, Assigned Judge.

Action between A. J. Waldock and others and W. C. Sinclair. From the judgment, the former bring error. Dismissed.

A. J. Waldock, for plaintiffs in error.

Etheridge & Arnett, for defendant in error.

HARRISON, C. J. The judgment appealed from herein was rendered in the district court of McCurtain county October 13, 1920. The petition in error and purported case-made were filed in this court April 11, 1921, but the record, on its face, shows not to have been filed with the court clerk after settlement of case-made, but was filed with the clerk of this court without showing to have been filed with the court clerk below.

On September 6, 1921, defendant in error filed motion to dismiss appeal for the reason, among other reasons assigned, that the petition in error and case-made were not filed in the office of court clerk of the trial court. It is unnecessary to decide the other grounds.

A case-made filed in this court which does not show that it has been filed in the office of the clerk of the trial court is a nullity, and where such case-made remains in this court after the expiration of the statutory time, six months, in which to perfect an appeal, on proper motion the appeal will be dismissed. Banks et al. v. Watson et al., 40 Okla. 450, 139 Pac. 306; Gibbs v. Tanner, 43 Okla. 477, 143 Pac. 189.

The appeal is dismissed.

KANE, JOHNSON, MILLER, and KENNAMER, JJ., concur.